# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

JACOBI CARBONS AB. v. US
No.     2014-1752, -1754

## ENTRY OF APPEARANCE

(INSTRUCTIONS:  Counsel should refer to Federal Circuit Rule 47.3.  Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants.  File this form with the clerk and serve it on the principal attorney for each party.)

Please enter my appearance:

_____Pro Se   ✓  As counsel for:  Ningxia Guanghua Cherishmet Activated Carbon Co., Ltd., Beijing Pacific Activated Carbon Products Co., Ltd., Cherishmet Inc., Datong Municipal Yunguang Activated Carbon Co., Ltd., and Shanxi Industry Technology Trading Co., Ltd.

I am, or the party I represent is:      Plaintiffs-Appellants
As amicus curiae or intervenor, this party supports (select one):

_____Petitioner or appellant              _____Respondent or appellee

Francis J. Sailer
GRUNFELD, DESIDERIO, LEBOWITZ,
 SILVERMAN & KLESTADT LLP
1201 New York Ave., NW,  Ste. 650
Washington, D.C. 20005

Telephone: 202-783-6881     Fax #:  202-783-0405
E-Mail Address:       Fsailer@gdlsk.com

Statement to be completed by counsel only (select one):

✓  I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel for the party in this case of the matters served upon me.

_____ I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only):          10/1/82

This is my first appearance before the U.S. Court of Appeals for the Federal Circuit (counsel only):  _____yes   ✓  no

Date: September 9, 2014                    /s/ Francis J. Sailer
                                           Signature of Counsel

**Form 30**

**FORM 30. Certificate of Service**

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

# CERTIFICATE OF SERVICE

I certify that I served a copy on counsel of record on September 9, 2014 by:

☐ US mail
☐ Fax
☐ Hand
☒ Electronic Means
   (by email or CM/ECF)

| | |
|---|---|
| Francis J. Sailer | /s/ Francis J. Sailer |
| Name of Counsel | Signature of Counsel |

Law Firm: Grunfeld, Desiderio, Lebowitz, Silverman & Klestadt LLP

Address: 1201 New York Avenue, NW - Suite 650

City, State, ZIP: Washington DC 20005

Telephone Number: 202-783-6881

FAX Number: 202-783-0405

E-mail Address: fsailer@gdlsk.com

NOTE: For attorneys filing documents electronically, the name of the filer under whose log-in and password a document is submitted must be preceded by an "/s/" and typed in the space where the signature would otherwise appear. Graphic and other electronic signatures are discouraged.