# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

### Appeal No. 2014-1752

JACOBI CARBONS AB, JACOBI CARBONS, INC., NINGXIA GUANGHUA CHERISHMET ACTIVATED CARBON CO., LTD., CHERISHMET INC., BEIJING PACIFIC ACTIVATED CARBON PRODUCTS CO., LTD., DATONG MUNICIPAL YUNGUANG ACTIVATED CARBON CO., LTD, SHANXI INDUSTRY TECHNOLOGY TRADING CO., LTD., CARBON ACTIVATED CORPORATION, CAR GO WORLDWIDE, INC., TANGSHAN SOLD CARBON CO., LTD.,

*Plaintiffs-Appellants,*

v.

UNITED STATES,

*Defendant-Appellee,*

and

CALGON CARBON CORPORATION and NORIT AMERICAS, INC.,

*Defendant-Appellees*.

_____
Appeal from the United States Court of International Trade in
Case Nos. 12-cv-00365, 12-cv-00372, 12-cv-0377, 12-cv-00396, 12-cv-00401,
Judge Richard K. Eaton
_____

ORDER

Upon reading and considering Plaintiff-Appellant, Tangshan Solid Carbon Co., Ltd.'s consent motion for an extension of time, and upon consideration of all other relevant papers and proceedings, it is

**ORDERED** that, for good cause shown, Plaintiff-Appellant's motion is hereby **GRANTED**. Plaintiff-appellant's direct brief shall be filed no later than **November 10, 2014**.

SO ORDERED.

_____
For the Court

Dated: _____

**UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT**

**Appeal No. 2014-1752**

JACOBI CARBONS AB, JACOBI CARBONS, INC., NINGXIA GUANGHUA CHERISHMET ACTIVATED CARBON CO., LTD., CHERISHMET INC., BEIJING PACIFIC ACTIVATED CARBON PRODUCTS CO., LTD., DATONG MUNICIPAL YUNGUANG ACTIVATED CARBON CO., LTD, SHANXI INDUSTRY TECHNOLOGY TRADING CO., LTD., CARBON ACTIVATED CORPORATION, CAR GO WORLDWIDE, INC., TANGSHAN SOLD CARBON CO., LTD.,

*Plaintiffs-Appellants,*

v.

UNITED STATES,

*Defendant-Appellee,*

and

CALGON CARBON CORPORATION and NORIT AMERICAS, INC.,

*Defendant-Appellees*.

_____

Appeal from the United States Court of International Trade in
Case Nos. 12-cv-00365, 12-cv-00372, 12-cv-0377, 12-cv-00396, 12-cv-00401,
Judge Richard K. Eaton

_____

**PLAINTIFF-APPELLANT'S CONSENT MOTION
FOR ENLARGEMENT OF TIME**

Pursuant to Fed. R. App. P. 26(b) and Fed. Cir. R. 26(b), Plaintiff-Appellant, Tangshan Solid Carbon Co., Ltd. ("Tangshan Solid") respectfully requests that this Court grant a 14-day extension of time up to and including November 10, 2014

for Plaintiff-Appellant to file its principal brief in this proceeding. Currently Plaintiff-Appellant's principal brief is due on October 27, 2014. This is Tangshan Solid's first request for an extension of time to submit direct briefs.

Pursuant to Fed. Cir. R. 26(b), counsel for Tangshan Solid contacted and received consent on this motion from all other counsel to the proceeding on October 20, 2014: Antonia R. Soares consented on behalf of Defendant-Appellee, the United States; John M. Herrmann of the law firm, Kelley Drye & Warren, LLP, consented on behalf of Defendant-Appellees, Calgon Carbon Corporation and Norit Americas, Inc.; Daniel L. Porter of the law firm Curtis, Mallet-Prevost, Colt & Mosle LLP, consented on behalf of Jacobi Carbons AB & Jacobi Carbons Inc.; and, Kavita Mohan of the law firm Grunfeld, Desiderio, Lebowitz, Silverman & Klestadt LLP consented on behalf of Plaintiffs-Appellants Ningxia Guanghua Cherishmet Activated Carbon Co., Ltd., et al.; and Nancy A. Noonan of the law firm Arent Fox LLP consented on behalf of Plaintiff-Appellant s Carbon Activated Corporation & Car Go Worldwide, Inc.

Good cause exists to grant this requested enlargement of time. On October 17, 2014, this Court granted an enlargement of time to Plaintiffs-Appellants Ningxia Guanghua Cherishmet Activated Carbon Co., Ltd., Cherishmet Inc., Beijing Pacific Activated Carbon Products Co., Ltd., Datong Municipal Yunguang Activated Carbon Co., Ltd, and Shanxi Industry Technology Trading Co., Ltd.

Tangshan Solid merely wishes to align the briefing schedule so that all principal briefs of Plaintiffs-Appellants are due on the same day, **November 10, 2014**. To have all principal briefs of Plaintiffs-Appellants due on the same day will serve to simplify the briefing schedule for the Court and the other parties. This will in turn allow all parties to the proceeding the opportunity to fully and completely present their arguments without causing prejudice to the other parties to this appeal.

For these reasons, Tangshan Solid respectfully requests that this Court grant this motion for an enlargement of time.

Respectfully submitted,

**/s/ Gregory S. Menegaz**
Gregory S. Menegaz

deKieffer & Horgan PLLC
1455 Pennsylvania Ave, N.W.
Suite 900B
Washington, DC 20004
Phone: (202) 783-6900

*Counsel to Plaintiff-Appellant, Tangshan Solid Carbon Co., Ltd.*

Dated October 20, 2014

FORM 9.  Certificate of Interest

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Jacobi Carbons AB    v.   United States

No. 14-1752

## CERTIFICATE OF INTEREST

Counsel for the (petitioner) (appellant) (respondent) (appellee) (amicus) (name of party) Gregory S. Menegaz certifies the following (use "None" if applicable; use extra sheets if necessary):

1.    The full name of every party or amicus represented by me is:

Tangshan Solid Carbon Co., Ltd.

2.    The name of the real party in interest (if the party named in the caption is not the real party in interest) represented by me is:

The party listed under No. 1 above is the real party in interest.

3.    All parent corporations and any publicly held companies that own 10 percent or more of the stock of the party or amicus curiae represented by me are:

None.

4.  ☑  The names of all law firms and the partners or associates that appeared for the party or amicus now represented by me in the trial court or agency or are expected to appear in this court are:

Gregory S. Menegaz, J. Kevin Horgan, John J. Kenkel, deKieffer & Horgan, PLLC, 1455 Pennslyvania Avenue NW, Suite 900B, Washington, D.C. 20004

| 9/11/14 | /s/ Gregory S. Menegaz |
|---|---|
| Date | Signature of counsel |
| | Gregory S. Menegaz |
| | Printed name of counsel |

Please Note: All questions must be answered
cc: _____

**Form 30**

**FORM 30. Certificate of Service**

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

# CERTIFICATE OF SERVICE

I certify that I served a copy on counsel of record on  Oct 20, 2014  by:

☐ US mail
☐ Fax
☐ Hand
☒ Electronic Means
   (by email or CM/ECF)

| Gregory S. Menegaz | /s/ Gregory S. Menegaz |
|---|---|
| Name of Counsel | Signature of Counsel |

Law Firm: deKieffer & Horgan, PLLC

Address: 1455 Pennsylvania Avenue NW Suite 900B

City, State, ZIP: Washington, D.C. 20004

Telephone Number: 202-783-6900

FAX Number: 202-783-6909

E-mail Address: gmenegaz@dhlaw.com

NOTE: For attorneys filing documents electronically, the name of the filer under whose log-in and password a document is submitted must be preceded by an "/s/" and typed in the space where the signature would otherwise appear. Graphic and other electronic signatures are discouraged.