**UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT**

**Appeal No. 2014-1752**

JACOBI CARBONS AB, JACOBI CARBONS, INC., NINGXIA GUANGHUA CHERISHMET ACTIVATED CARBON CO., LTD., CHERISHMET INC., BEIJING PACIFIC ACTIVATED CARBON PRODUCTS CO., LTD., DATONG MUNICIPAL YUNGUANG ACTIVATED CARBON CO., LTD, SHANXI INDUSTRY TECHNOLOGY TRADING CO., LTD., CARBON ACTIVATED CORPORATION, CAR GO WORLDWIDE, INC., TANGSHAN SOLD CARBON CO., LTD.,

*Plaintiffs-Appellants,*

v.

UNITED STATES,

*Defendant-Appellee,*

and

CALGON CARBON CORPORATION and NORIT AMERICAS, INC.,

*Defendant-Appellees.*

_____

Appeal from the United States Court of International Trade in
Case Nos. 12-cv-00365, 12-cv-00372, 12-cv-0377, 12-cv-00396, 12-cv-00401,
Judge Richard K. Eaton
_____

ORDER

Upon reading and considering Plaintiffs-Appellants Carbon Activated Corporation and Car Go Worldwide, Inc.'s consent motion for an extension of time, and upon consideration of all other relevant papers and proceedings, it is

**ORDERED** that, for good cause shown, Plaintiffs-Appellants' motion is hereby **GRANTED**. Plaintiffs-appellants' direct brief shall be filed no later than **November 10, 2014**.

SO ORDERED.

_____
For the Court

Dated: _____

**UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT**

**Appeal No. 2014-1752**

JACOBI CARBONS AB, JACOBI CARBONS, INC., NINGXIA GUANGHUA CHERISHMET ACTIVATED CARBON CO., LTD., CHERISHMET INC., BEIJING PACIFIC ACTIVATED CARBON PRODUCTS CO., LTD., DATONG MUNICIPAL YUNGUANG ACTIVATED CARBON CO., LTD, SHANXI INDUSTRY TECHNOLOGY TRADING CO., LTD., CARBON ACTIVATED CORPORATION, CAR GO WORLDWIDE, INC., TANGSHAN SOLD CARBON CO., LTD.,

*Plaintiffs-Appellants,*

v.

UNITED STATES,

*Defendant-Appellee,*

and

CALGON CARBON CORPORATION and NORIT AMERICAS, INC.,

*Defendant-Appellees*.

_____

Appeal from the United States Court of International Trade in
Case Nos. 12-cv-00365, 12-cv-00372, 12-cv-0377, 12-cv-00396, 12-cv-00401,
Judge Richard K. Eaton

_____

**PLAINTIFFS-APPELLANTS' CONSENT MOTION
FOR ENLARGEMENT OF TIME**

Pursuant to Fed. R. App. P. 26(b) and Fed. Cir. R. 26(b), Plaintiffs-Appellants Carbon Activated Corporation and Car Go Worldwide, Inc. (collectively, "CAC") respectfully request that this Court grant a 14-day extension

of time up to and including November 10, 2014 for Plaintiffs-Appellants to file principal briefs in this proceeding. Currently Plaintiffs-Appellants principal briefs are due on October 27, 2014. This is CAC's first request for an extension of time to submit direct briefs.

Pursuant to Fed. Cir. R. 26(b), counsel for CAC contacted and received consent on this motion from all other counsel to the proceeding on October 20, 2014: Antonia R. Soares consented on behalf of Defendant-Appellee, the United States; John M. Herrmann of the law firm, Kelley Drye & Warren, LLP, consented on behalf of Defendant-Appellees, Calgon Carbon Corporation and Norit Americas, Inc.; Daniel L. Porter of the law firm Curtis, Mallet-Prevost, Colt & Mosle LLP, consented on behalf of Jacobi Carbons AB & Jacobi Carbons Inc.; and, Kavita Mohan of the law firm Grunfeld, Desiderio, Lebowitz, Silverman & Klestadt LLP consented on behalf of Plaintiffs-Appellants Ningxia Guanghua Cherishmet Activated Carbon Co., Ltd., et al.; Gregory S. Menegaz of the law firm DeKieffer & Horgan, PLLC consented on behalf of Plaintiff-Appellant, Tangshan Solid Carbon Co., Ltd.

Good cause exists to grant this requested enlargement of time. On October 17, 2014, this Court granted an enlargement of time to Plaintiffs-Appellants Ningxia Guanghua Cherishmet Activated Carbon Co., Ltd., Cherishmet Inc., Beijing Pacific Activated Carbon Products Co., Ltd., Datong Municipal Yunguang

Activated Carbon Co., Ltd, and Shanxi Industry Technology Trading Co., Ltd. CAC merely wishes to align the briefing schedule so that all principal briefs of Plaintiffs-Appellants are due on the same day, **November 10, 2014**. To have all principal briefs of Plaintiffs-Appellants due on the same day will serve to simplify the briefing schedule for the Court and the other parties. This will in turn allow all parties to the proceeding the opportunity to fully and completely present their arguments without causing prejudice to the other parties to this appeal.

For these reasons, CAC respectfully requests that this Court grant this motion for an enlargement of time.

Respectfully submitted,

**/s/ Nancy A. Noonan**
Nancy A. Noonan

Arent Fox LLP
1717 K Street, NW
Washington, DC 20006
Phone: (202) 857-6479

*Counsel to Plaintiffs-Appellants Carbon Activated Corporation & Car Go Worldwide, Inc.*

Dated October 20, 2014

AFDOCS/11405582.1

Form 9

FORM 9. Certificate of Interest

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Jacobi Carbons AB  v.  United States

No. 2014-1752

## CERTIFICATE OF INTEREST

Counsel for the (petitioner) (appellant) (respondent) (appellee) (amicus) (name of party) Carbon Activated Corporation certifies the following (use "None" if applicable; use extra sheets if necessary):

1. The full name of every party or amicus represented by me is:

Carbon Activated Corporation

2. The name of the real party in interest (if the party named in the caption is not the real party in interest) represented by me is:

N/A

3. All parent corporations and any publicly held companies that own 10 percent or more of the stock of the party or amicus curiae represented by me are:

Carbon Activated Corporation is a U.S. company. Lionel Perera and his wife, Mrs. Nirmala P. Perera, are the sole owners of Carbon Activated Corp. They are both U.S. citizens. Carbon Activated Corporation does not have any publicly-owned subsidiaries or affiliates.

4. ☑ The names of all law firms and the partners or associates that appeared for the party or amicus now represented by me in the trial court or agency or are expected to appear in this court are:

Arent Fox LLP, Nancy A. Noonan

October 20, 2014
Date

Signature of counsel

Nancy A. Noonan
Printed name of counsel

Please Note: All questions must be answered
cc: _____

Form 9

FORM 9.  Certificate of Interest

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Jacobi Carbons AB   v.  United States

No. 2014-1752

## CERTIFICATE OF INTEREST

Counsel for the (petitioner) (appellant) (respondent) (appellee) (amicus) (name of party) Car Go Worldwide Inc. certifies the following (use "None" if applicable; use extra sheets if necessary):

1. The full name of every party or amicus represented by me is:

Car Go Worldwide Inc.

2. The name of the real party in interest (if the party named in the caption is not the real party in interest) represented by me is:

N/A

3. All parent corporations and any publicly held companies that own 10 percent or more of the stock of the party or amicus curiae represented by me are:

Car Go Worldwide Inc. is a U.S. company. Lionel Perera and his wife, Mrs. Nirmala P. Perera, are the sole owners of Car Go Worldwide Inc. They are both US citizens. Car Go Worldwide Inc. does not have any publicly-owned subsidiaries or affiliates.

4. ☑ The names of all law firms and the partners or associates that appeared for the party or amicus now represented by me in the trial court or agency or are expected to appear in this court are:

Arent Fox LLP, Nancy A. Noonan

October 20, 2014
Date

Signature of counsel

Nancy A. Noonan
Printed name of counsel

Please Note: All questions must be answered
cc: _____

**Form 30**

**FORM 30. Certificate of Service**

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

# CERTIFICATE OF SERVICE

I certify that I served a copy on counsel of record on October 20, 2014 by:

☐ US mail
☐ Fax
☐ Hand
☒ Electronic Means
   (by email or CM/ECF)

| Nancy A. Noonan | /s/ Nancy A. Noonan |
|---|---|
| Name of Counsel | Signature of Counsel |

Law Firm: Arent Fox LLP
Address: 1717 K Street, NW
City, State, ZIP: Washington, DC 20036
Telephone Number: 202.857.6479
FAX Number: 202.857.6395
E-mail Address: nancy.noonan@arentfox.co

NOTE: For attorneys filing documents electronically, the name of the filer under whose log-in and password a document is submitted must be preceded by an "/s/" and typed in the space where the signature would otherwise appear. Graphic and other electronic signatures are discouraged.