NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**JACOBI CARBONS AB, JACOBI CARBONS, INC., NINGXIA GUANGHUA CHERISHMET ACTIVATED CARBON CO., LTD., CHERISHMET INC., BEIJING PACIFIC ACTIVATED CARBON PRODUCTS CO., LTD., DATONG MUNICIPAL YUNGUANG ACTIVATED CARBON CO., LTD., SHANXI INDUSTRY TECHNOLOGY TRADING CO., LTD., CARBON ACTIVATED CORPORATION, CAR GO WORLDWIDE, INC., TANGSHAN SOLID CARBON CO., LTD.,**
*Plaintiffs - Appellants*

v.

**UNITED STATES, CALGON CARBON CORPORATION, NORIT AMERICAS, INC.,**
*Defendants - Appellees*

---

14-1752

---

Appeal from the United States Court of International Trade in case no. 1:12-cv-00365-RKE, 1:12-cv-00372-RKE, 1:12-cv-00377-RKE, 1:12-cv-00396-RKE, 1:12-cv-00401-RKE Judge Richard K. Eaton

_____

ON MOTION

O R D E R

Upon consideration of the Appellants, Jacobi Carbons AB, Jacobi Carbons, Inc., Tangshan Solid Carbon Co., Ltd., Carbon Activated Corporation, and Car Go Worldwide, Inc.'s unopposed motion to extend time to file their principal brief until November 10, 2014,

IT IS ORDERED THAT:

The motion to extend time is granted.

The motion to set briefing schedule is denied as moot.

FOR THE COURT

October 21, 2014        /s/ Daniel E. O'Toole
                        Daniel E. O'Toole
                        Clerk of Court