NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**JACOBI CARBONS AB, JACOBI CARBONS, INC., NINGXIA GUANGHUA CHERISHMET ACTIVATED CARBON CO., LTD., CHERISHMET INC., BEIJING PACIFIC ACTIVATED CARBON PRODUCTS CO., LTD., DATONG MUNICIPAL YUNGUANG ACTIVATED CARBON CO., LTD., SHANXI INDUSTRY TECHNOLOGY TRADING CO., LTD., CARBON ACTIVATED CORPORATION, CAR GO WORLDWIDE, INC., AND TANGSHAN SOLID CARBON CO., LTD.,**
*Plaintiffs-Appellants,*

v.

**UNITED STATES**
*Defendant-Appellee,*

AND

**CALGON CARBON CORPORATION AND NORIT AMERICAS, INC.,**
*Defendants-Appellees.*

---

2014-1752

---

Appeal from the United States Court of International Trade in Nos. 1:12-cv-00365-RKE, 1:12-cv-00372-RKE,

1:12-cv-00377-RKE,   1:12-cv-00396-RKE,   1:12-cv-00401-RKE, Judge Richard K. Eaton.

---

**ON MOTION**

---

**O R D E R**

The parties jointly move for a 14-day extension of time, until November 24, 2014, for the appellants to file their principal briefs, and for a 14-day extension of time, until January 16, 2015, for the appellees to file their response briefs.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court

s27